IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC JON WICK,

    Petitioner,                           No. CIV S-06-0282 MCE CMK P

    vs.

K. PROSPER, et al.,

    Respondents.

_____/      <u>ORDER</u>

       On October 20, 2006, respondents filed a request for an extension of time up to and including, November 19, 2006, to file a response to petitioner's habeas application.

       Good cause appearing, IT IS ORDERED that the request is granted and respondents shall file a response on or before November 19, 2006.

DATED: October 25, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE