IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JON WICK, | No. 2:06-cv-0282-MCE-CMK-P |
|     Petitioner, | |
|     v. | <u>ORDER</u> |
| K. PROSPER, Warden, | |
|     Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has timely filed a Notice of Appeal of this Court's March 9, 2007 denial of his Application for a Writ of Habeas Corpus. Before Petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1   For the reasons set forth in the magistrate judge's February 1, 2007, Findings and
2   Recommendations, Petitioner has not made a substantial showing of the denial of a constitutional
3   right. Accordingly, a certificate of appealability should not issue in this action.
4   IT IS SO ORDERED.

Dated: March 29, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2